AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>CARTER, ANDREW L. | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF NEW YORK | 3. Date of Report<br><br>05/14/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>FULL TIME DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>40 Foley Square<br>ROOM 435<br>NEW YORK, NY 10007 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, ANDREW L. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/14-12/14 | J.P. MORGAN CHASE BANK--SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 02/08/2014-02/15/2014 | Guanacaste, Costa Rica | Federal Bar Council Winter Bench/Bar Retreat | Food/Lodging/Travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, ANDREW L. | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | TADS | TUITION | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, ANDREW L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. VANGUARD INDEX 500 (IRA) | A | Dividend | M | T | | | | | |
| 2. VANGUARD INDEX 500 | A | Dividend | K | T | | | | | |
| 3. VANGUARD STAR FUND (IRA) | A | Dividend | J | T | | | | | |
| 4. FIDELITY CONTRA FUND (IRA) | D | Dividend | L | T | | | | | |
| 5. FIDELITY TOTAL BOND INDEX FUND (IRA) | D | Dividend | L | T | | | | | |
| 6. J.P. MORGAN STABLE VALUE (401K) | D | Dividend | J | T | | | | | |
| 7. J.P. MORGAN CHASE COMMON STOCK FUND (IRA) | B | Dividend | K | T | | | | | |
| 8. J.P. MORGAN CHASE AGG. PORTFOLIO (401K) | A | Dividend | L | T | | | | | |
| 9. J.P. MORGAN CHASE MOD. AGG (401K) | A | Dividend | M | T | | | | | |
| 10. J.P. MORGAN PENSION | A | Interest | L | T | | | | | |
| 11. CITADEL BROADCASTING GROUP (STOCK) | | None | J | T | | | | | |
| 12. DISNEY WALT CO. (STOCK) | | None | J | T | | | | | |
| 13. EXXON MOBIL CO. (STOCK) | A | Dividend | J | T | | | | | |
| 14. MATTEL (STOCK) | A | Dividend | J | T | | | | | |
| 15. MERCK AND CO. (STOCK) | A | Dividend | J | T | | | | | |
| 16. TIME WARNER INC. (STOCK) | | None | J | T | | | | | |
| 17. J.P. MORGAN CHASE SAVINGS ACCT. | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, ANDREW L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  NY 529 MODERATE GROWTH | A | Dividend | K | T | | | | | |
| 19.  NY 529 GROWTH | A | Dividend | K | T | | | | | |
| 20.  NY 529 BOND MKT. INDEX | A | Dividend | J | T | | | | | |
| 21.  NY 529 MOD AGE BASED | A | Dividend | K | T | | | | | |
| 22.  REAL ESTATE | A | Rent | O | R | | | | | |
| 23.  J.P. MORGAN COMMON STOCK | A | Dividend | J | T | | | | | |
| 24.  J.P. MORGAN RESTRICTED STOCK | A | Dividend | J | T | | | | | |
| 25.  J.P. MORGAN STOCK OPTIONS | | None | J | T | | | | | |
| 26.  REAL ESTATE | A | Rent | L | R | | | | | |
| 27.  WELLS FARGO MONEY MARKET | A | Interest | K | T | | | | | |
| 28.  AMERICAN CENTURY MONEY MARKET | A | Interest | J | T | | | | | |
| 29.  MEDCO (x) | A | Dividend | J | T | | | | | |
| 30.  MEDCO (x) | A | Dividend | J | T | | | | | |
| 31.  Express Scripts HLDG co. | A | Dividend | J | T | | | | | |
| 32. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, ANDREW L. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, line 22, I listed "real estate." The property was purchased in January 5, 2000 for $585.000. The property is located in Kings County in New York in New York State.

In Part VII, line 26, I listed "real estate." The real estate was purchased on September 9, 2010 for $85,100. The property is located in Seminole County in the state of Florida.

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, ANDREW L. | 05/14/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ANDREW L. CARTER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544